

### NUMBER 13-08-00135-CV

### COURT OF APPEALS

### THIRTEENTH DISTRICT OF TEXAS

### CORPUS CHRISTI - EDINBURG

SERGIO SIERRA, **Appellant,**

**v.**

**LAGO VIEJO SOUTH HOMEOWNERS ASSOCIATION, INC. AND WILLIAM F. KIMBALL, TRUSTEE,** **Appellees.**

**On appeal from the 197th District Court of Cameron County, Texas**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was originally due on July 25, 2008. The appellant has previously requested and received four prior extensions of time, granting the appellant until October 19, 2008, to file the brief. On January 15, 2009, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was

subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.  No response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.